OPINION — AG — ** HOMESTEAD EXEMPTION — SEPARATE RIGHTS ** A MARRIED PERSON ACQUIRING OR MAINTAINING A DOMICILE OF CHOICE SEPARATE FROM THAT OF HIS/HER SPOUSE DOES 'NOT' ACQUIRE SEPARATE RIGHTS TO THE HOMESTEAD AD VALOREM TAX EXEMPTION UNDER 68 O.S. 2406 [68-2406], ET SEQ., OR THE HOMESTEAD EXEMPTION FROM EXECUTION UNDER 31 O.S. 1 [31-1] (HUSBAND AND WIFE, HOMESTEAD EXEMPTIONS, REVENUE AND TAXATION, RESIDENTS) CITE: 31 O.S. 2 [31-2], 31 O.S. 1 [31-1], 68 O.S. 2406 [68-2406], 68 O.S. 2406 [68-2406] ET SEQ. (JIMMY D. GIVENS)